UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**IN RE**

DAVID W. CHARRON,

    Debtor.
_____

GLENN S. MORRIS AND
THE GLENN S. MORRIS TRUST,

    Plaintiffs/Appellees,

v.

DAVID W. CHARRON,

    Defendant/Appellant.
_____

Case No. 14-7970-swd
Chapter 7
Honorable James W. Boyd

Adversary Proceeding No. 15-80086

## CLERK'S NOTICE REGARDING RECORD ON APPEAL

The appellant in the above referenced adversary proceeding filed a notice of appeal on **December 08, 2015** regarding the **Order Denying Defendant's Motion for Summary Judgment and Granting Plaintiffs' Cross Motion for Summary Judgment** and the **Opinion Denying Defendant's Motion for Summary Judgment and Granting Plaintiffs' Cross Motion for Summary Judgment** signed and entered on the court's docket **September 30, 2015** and the **Memorandum Opinion Denying Debtor-Defendant's Motions to Amend the Court's Findings Under Rule 52, Amend Judgment Under Rule 59, and for Reconsideration Under Rule 60** and the **Order Denying Debtor-Defendant's Motion to Amend the Court's Findings Under Rule 52 and Amend Judgment Under Rule 59** and the **Order Denying Debtor-Defendant's Motion for Reconsideration Under Rule 60** signed and entered on the court's docket **November 25, 2015**.

Notice is given to the appellants that the appellants shall, **within 14 days** from the date the notice of appeal was filed, file with the Clerk of the U.S. Bankruptcy Court, and serve on the appellee, the following:

1. A Statement of Issues;
2. A Designation of items to be included in the record on appeal, and;
3. A copy of any written request to produce a transcript.

Notice is hereby given to the appellee that **within 14 days** after service of the statement of issues and designation of the appellants, the appellee may file with the court and serve on the appellants, a designation of additional items to be included in the record on appeal.  If the

appellee files a cross appeal, the appellants shall have an additional 14 days from date of service to serve and file a list of additional items to be included in the record.

Pursuant to Fed.R.Bankr.P. 8009, parties must take action to enable the Clerk to assemble and transmit the record on appeal to the U.S. District Court or the Bankruptcy Appellate Panel in a timely manner.  In most cases, appeals will be transmitted to the U.S. District Court or the Bankruptcy Appellate Panel within 30 days after the notice of appeal is filed.

Failure to comply with applicable time limits or other requirements set forth in Fed.R.Bankr.P. 8001, et seq., may prompt the Clerk to request the U.S. District Court or the Bankruptcy Appellate Panel to enter an order dismissing the appeal, or such other action as the U.S. District Court or the Bankruptcy Appellate Panel deem proper.

**Dated:** December 10, 2015         **Daniel M. LaVille, Clerk**
                                     **United States Bankruptcy Court**


                                     **By**: /s/
                                     **Kristen A. Parent, Deputy Clerk**


### CERTIFICATE OF MAILING

A copy of this Notice Regarding Record on Appeal was served pursuant to CM/ECF electronic notification procedures on **December 10, 2015** upon Stanley J. Stek, Esq., Eric D. Carlson, Esq., Ronald A. Spinner, Esq., Perry G. Pastula, Esq., Matthew Cheney, Esq., and Office of the U.S. Trustee.  The Notice of Appeal was transmitted to the Clerk of the U.S. District Court on **December 10 , 2015**.

**Dated:** December 10, 2015         **By:** /s/
                                     **Kristen A. Parent, Deputy Clerk**