UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

In re:

DAVID W. CHARRON                                           Case No. 14-07970-jwb
                                                                         Chapter 7
                                                                         Honorable James W. Boyd

       Debtor.
_____

GLENN S. MORRIS and                              Adversary Proceeding No. 15-80086
THE GLENN S. MORRIS TRUST,

       Plaintiffs/Appellees,

v.                                                                   District Court Case No. 1:15-cv-1273

DAVID W. CHARRON,

       Defendant/Appellant.
_____

### NOTICE OF TRANSMITTAL OF RECORD ON APPEAL

**TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT**

A Notice of Appeal was filed with the U.S. Bankruptcy Court on **December 8, 2015** in the above referenced bankruptcy case.   Appellants appeal the **Order Denying Defendant's Motion for Summary Judgment and Granting Plaintiffs' Cross Motion for Summary Judgment** and the **Opinion Denying Defendant's Motion for Summary Judgment and Granting Plaintiffs' Cross Motion for Summary Judgment** signed and entered on the court's docket **September 30, 2015** and the **Memorandum Opinion Denying Debtor-Defendant's Motions to Amend the Court's Findings Under Rule 52, Amend Judgment Under Rule 59, and for Reconsideration Under Rule 60** and the **Order Denying Debtor-Defendant's Motion to Amend the Court's Findings Under Rule 52 and Amend Judgment Under Rule 59** and the **Order Denying Debtor-Defendant's Motion for Reconsideration Under Rule 60** signed and entered on the court's docket **November 25, 2015**.

**PARTIES:**

The full names and addresses of the parties and their attorneys included in the appeal are:

**APPELLANT:**       David W. Charron


**ATTORNEYS:**      Perry G. Pastula, Esq.
                            Dunn Schouten & Snoap PC
                            2745 DeHoop Avenue SW
                            Wyoming, MI   49509

| | |
|---|---|
| **APPELLEE:** | Glenn S. Morris and<br>The Glenn S. Morris Trust |
| **ATTORNEYS:** | Eric D. Carlson, Esq.<br>Miller Canfield Paddock & Stone, PLC<br>99 Monroe Avenue NW<br>Grand Rapids, MI   49003 |
| | Stanley J. Stek, Esq.<br>Miller Canfield Paddock & Stone, PLC<br>99 Monroe Avenue NW<br>Grand Rapids, MI 49503 |
| | Ronald A. Spinner, Esq.<br>Miller Canfield Paddock & Stone, PLC<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226 |
| **INTERESTED PARTIES:** | Office of the United States Trustee<br>The Ledyard Bldg, 2nd Floor<br>125 Ottawa, N.W., Ste. 200R<br>Grand Rapids, MI 49503 |
| **OTHERS:** | N/A |
| **COUNTY:** | Kent |
| **RELATED CASES:** | N/A |
| **REMARKS:** | N/A |

DANIEL M. LaVILLE, CLERK
UNITED STATES BANKRUPTCY COURT

By: /s/ Kristen A. Parent
Deputy Clerk

**Date Transmitted:** January 21, 2016