UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID W. CHARRON,

      Appellant/Plaintiff,

Case No. 1:15–cv–01273–PLM–RSK
Bankruptcy Adversary Proceeding No. 15–80086

v.

Hon. Paul L. Maloney

GLENN S. MORRIS,

      Appellee/Defendant.
_____/

**NOTICE OF RECEIPT OF RECORD ON APPEAL**
**AND BRIEF REQUIREMENT DEADLINES**

    NOTICE is hereby given that the record on appeal from the Bankruptcy Court was filed on January 21, 2016.  Fed. R. Bankr. P. 8010(b).

    Appellant shall have 30 days after entry of the notice that the record has been transmitted to serve and file appellant's brief.  Fed. R. Bankr. P. 8018(a)(1).  The appellee shall serve and file appellee's brief within 30 days after service of the brief of appellant.  Fed. R. Bankr. P. 8018(a)(2).  Reply briefs may be served and filed in accordance with Fed. R. Bankr. P. 8018(a)(3).

                                                    CLERK OF COURT

Dated:  January 22, 2016      By:   /s/ P. Woods_____
                                                Deputy Clerk