UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID W. CHARRON,

      Appellant/Plaintiff,        Case No. 1:15–cv–01273–PLM–RSK

v.        Hon. Paul L. Maloney

GLENN S. MORRIS,

      Appellee/Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Argument on Bankruptcy Appeal
Date/Time:    July 7, 2017   09:00 AM
District Judge:    Paul L. Maloney
Place/Location:    174 Federal Building, Kalamazoo, MI

        PAUL L. MALONEY
        United States District Judge

Dated:  March 29, 2017    By:   /s/ Amy C. Redmond_____
                    Case Manager