UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:15-cv-1273 | 7/7/2017 | 9:16 a.m. - 9:44 a.m. | Kalamazoo | Paul L. Maloney |

**CASE CAPTION**

| Appellant: | Appellees: |
|---|---|
| David W. Charron | Glenn S. Morris, et al. |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Perry G. Pastula | Appellant |
| Ronald A. Spinner | Appellees |

**PROCEEDINGS**

**NATURE OF HEARING:** Oral Argument held; matter taken under advisement, opinion and order to issue

Court Reporter: Kathleen Thomas                    Case Manager: Amy Redmond