Case No. 1:15-cv-01273-PLM-RSK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAVID W. CHARRON,

    Appellant/Defendant

v
GLENN S. MORRIS and THE
GLENN S. MORRIS TRUST

    Appellants/Plaintiff

Bankruptcy Adversary Proceeding No. 15-80086

Hon. Paul L. Maloney
Lower Case No: BG 14-07970

Nature of Suit: 422 Bankruptcy Appeal

_____/

Eric D. Carlson (P60277)
Ronald J. Spinner (P73198)
Stanley J. Stek (P29332)
Miller Canfield Paddock and Stone PLC
Attorneys for Appellees Glenn S. Morris
and The Glenn S Morris Trust
150 West Jefferson, Suite 2500
Detroit, MI   48226-4415
(313) 496-7829
carlson@millercanfield.com
spinner@millercanfield.com
stek@millercanfield.com

Perry G. Pastula ( P35588)
Dunn Schouten & Snoap, PC
Attorneys for Appellant David W. Charron
2745 DeHoop Ave., SW
Wyoming, MI 49509
(616) 538-6380
bankruptcy@dunnsslaw.com

Daniel M. LaVille
U.S. Bankruptcy Court
One Division Ave. N Room 200
Grand Rapids, MI 49503-3132
(616) 456-2693
bkappeals@miwb.uscourts.gov

_____/

**APPELLANT'S NOTICE OF ERRATA**

    Appellant Charron hereby provides notice of a erroneous reference to a source of legal authority during oral argument and offers the following correction to the record.   During oral argument counsel for Charron distinguished between contempt awards premised upon MCL 600.1721 and the award arising in the present case,  premised upon MCL 600.1715.  Charron argued the latter could never give rise to a non-dischargeability claim under 11 USC 523(a)(6) because as

an exercise of the inherent power of the court, the award could never represent compensation for injury to persons or property. *In re Bradley,* 494 Mich, 367, 394 (2013). Counsel erroneously stated the trial court opinion referenced MCL 600.1715. In actuality, the trial court referenced *Davis v. Detroit Financial Review Board,* 296 Mich. App. 568, 821 N.W.2d 896 (2012), as the basis for Charron's contempt sanction. Footnote 151 of *Davis* cites MCL 600.1715 as its justification for imposition of attorneys fees and costs as a civil contempt sanction.

    Appellant apologizes for any inconvenience to the Court or its staff from its mistaken statement, and directs the parties to Footnote 151 in *Davis* as the relevant reference to MCL 600.1715.

Respectfully submitted,

Dated: July 13, 2017        DUNN, SCHOUTEN & SNOAP PC

Attorneys for the Appellant David W. Charron

By:   /s/ Perry G. Pastula
     Perry G. Pastula (P35588)
Business address:
    2745 DeHoop Ave SW
    Grand Rapids, MI   49509
    (616) 538-6380