UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID W. CHARRON,
          Appellant,    )

)    No. 1:15-cv-1273

-v-    )

)    Honorable Paul L. Maloney

GLENN S. MORRIS,
          Appellee.    )

)

## JUDGMENT

Having affirmed the decision of the Bankruptcy Court, all pending matters have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 29, 2017         /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge