United States District Court for the WESTERN

District of MICHIGAN

GLENN S. MORRIS

Plaintiff,

vs.

Case No. 1:15-cv-1273

DAVID W. CHARRON

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that David W. Charron,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

Opinion and Order Affirming Bankruptcy Court and Judgment
*The final judgment, from an order describing it*

entered in this action on the  29th  day of  December , 2017 .

(s) Perry G. Pastula ( P35588)

Address: Dunn, Schouten & Snoap, PC

2745 DeHoop Ave SW

Wyoming, MI   49509   (616) 538

Attorney for David W. Charron

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ✓
    Court of Appeals ✓

6CA-3
11/16