# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 31, 2018

Mr. Perry G. Pastula
Dunn, Schouten & Snoap
2745 DeHoop Avenue, S.W.
Wyoming, MI 49509-0000

Re:  Case No. 18-1117, *David Charron v. Glenn Morris, et al*
Originating Case No. : 1:15-cv-01273 : 1:14-bk-07970 : 1:15-ap-80086

Dear Counsel,

   This appeal has been docketed as case number **18-1117** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   The following forms should be downloaded from the web site and filed with the Clerk's office by **February 14, 2018**.  Additionally, the transcript order must be completed by that date.

NOTE:  Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries.  The transcript order form used prior to that date will not be accepted after July 18.  For further information and instructions on ordering transcript electronically, please visit the court's website.

> Appellant:   Appearance of Counsel
> Civil Appeal Statement of Parties & Issues
> Disclosure of Corporate Affiliations (if applicable)
> Application for Admission to 6th Circuit Bar (if applicable)
>
> Appellee:    Appearance of Counsel
> Disclosure of Corporate Affiliations (if applicable)
> Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                Sincerely yours,

                s/Briston S. Mitchell
                Case Manager
                Direct Dial No. 513-564-7082

cc:  Mr. Eric D. Carlson
     Mr. Ronald A. Spinner
     Mr. Stanley J. Stek

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 18-1117

In re: DAVID W. CHARRON

       Debtor

-------------------------------

DAVID W. CHARRON

       Plaintiff - Appellant

v.

GLENN S. MORRIS; GLENN S. MORRIS TRUST, The

       Defendants - Appellees